1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

ANTONIO DOMINGES,

Case No. 1:23-cv-01195-JLT-CDB

12

Plaintiff,

ORDER ON STIPULATION MODIFYING
CASE MANAGEMENT DATES

13

v.

(Doc. 13)

14

TARGET CORPORATION,

15

Defendant.

16

17

**Background**

18

Plaintiff Antonio Dominges ("Plaintiff") initiated this action with the filing of a complaint

19

against Defendant Target Corporation ("Defendant) in state court, which Defendant removed to

20

this court on August 10, 2023.  (Doc. 1).  On November 7, 2023, the Court entered the operative

21

scheduling order setting forth all discovery, motion and trial dates.  (Doc. 7).

22

Pending before the Court is the parties' first stipulated request to amend the scheduling

23

order.  (Doc. 13).  Because the proposed amendments will not materially affect the existing

24

dispositive motion and trial dates, the Court finds good cause to grant the relief requested (as

25

modified below) in order to facilitate the parties' preparations for a settlement conference to be

26

held on May 16, 2024. (Doc. 12).  The parties are directed to review the scheduling order which,

27

among other things, sets forth that stipulations seeking extensions of case management dates

28

must be accompanied by affidavits or declarations establishing good cause for granting the relief

requested.  (Doc. 7 at 8).  No further requests for modification of case management dates will be considered by the Court unless the parties comply with this provision.

**Conclusion and Order**

For the forgoing reasons and for good cause appearing, the scheduling order (Doc. 7) is modified to the extent of establishing new deadlines as follows:

-Nonexpert discovery: July 22, 2024.

-Expert discovery: September 2, 2024.

       a.       Initial expert disclosures: July 8, 2024.

       b.       Rebuttal expert disclosures: August 5, 2024.

-Non dispositive motion filing deadline: September 16, 2024.

       a.       Non-dispositive hearing date: <u>October 21, 2024 at 4:00 p.m.</u>

-Dispositive motion filing deadline: October 9, 2024.

       b.       Dispositive hearing date: November 19, 2024.

IT IS SO ORDERED.

Dated:   **March 15, 2024**

_____
UNITED STATES MAGISTRATE JUDGE